IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
BENTON DIVISION

| | |
|---|---|
| John Doe,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Correctional Officer Bates,<br><br>　　　　　Defendant. | Case No. 18-cv-01250<br>Hon. Staci M. Yandle |

### PLAINTIFF'S MOTION TO CONTINUE DEADLINE
### FOR SUBMISSION OF SETTLEMENT STATEMENT

　　　　Plaintiff, John Doe, by his attorneys, requests leave to continue the July 3, 2019 deadline for the filing of a settlement statement. In support of his motion, Plaintiff states as follows:

　　　　1.　　On June 7, 2019, this Court ordered that a settlement conference in this case be held on July 10, 2019, and that the parties submit settlement statements for the conference on July 3, 2019. (*See* ECF 30.)

　　　　2.　　On July 2, 2019, Plaintiff's counsel was contacted by defense counsel. Defense counsel to request consent to a motion to continue the July 10, 2019 settlement conference. Defense counsel explained that she was leaving the Attorney General's Office, that new counsel had not yet been assigned to this case, and that whatever new counsel was selected would need time to review the case file and understand the facts of the case—thus, participating in a settlement conference by July 10 would be impossible. Because a settlement conference with unprepared counsel would likely be fruitless, Plaintiff's counsel did not object to the filing of a continuance motion.

3. Following defense counsel's call to Plaintiff's counsel, Defendant filed an unopposed motion to continue the July 10, 2019 settlement conference. (*See* ECF 31.)

4. In light of the continuance motion, Plaintiff respectfully submits that the July 3, 2019 deadline for the filing of settlement statement should be continued as well. Specifically, discovery remains ongoing in this case, and among other things Plaintiff's counsel expects that records from outside medical providers relating to this incident will be produced shortly. Any such additional information will likely be relevant to settlement, and should be included in whatever settlement statement is presented to the Court. As such, any settlement statement filed now will likely need to be revised later, as the new settlement date approaches.

5. Plaintiff therefore respectfully requests that, in light of the Defendant's motion to continue the July 10, 2019 settlement conference, the Court also continue the July 3, 2019 deadline for submission of settlement statements by the parties. Plaintiff further requests that any revised deadline for the submission of settlement statements be a commensurate period (*i.e.*, seven days) in advance of any new deadline set for the settlement conference.

**WHEREFORE**, Plaintiff requests that the July 3, 2019 deadline for the submission of settlement statements be continued.

Dated: July 3, 2019

By:

/s/ Stephen H. Weil
Stephen H. Weil

Louis J. Meyer (louismeyer@meyerkiss.com)
Meyer & Kiss, LLC
311 West Stratford Drive
Peoria, IL 61614
309-713-3751

Stephen H. Weil (steve@weilchardon.com)
Weil & Chardon LLC
333 S. Wabash Ave.
Suite 2700
Chicago, IL 60604
312-585-7404

*Attorneys for Plaintiff John Doe*

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 3, 2019, a true and correct copy of the foregoing was filed electronically.  Notice of this filing was sent by operation of the Court's ECF electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's electronic filing system.

    /s/ Stephen Weil